ANDREA A. TREECE (State Bar No. 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
Email: atreece@earthjustice.org

STEPHEN D. MASHUDA (*Pro Hac Vice forthcoming*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, Inc., <br><br>             Plaintiff, <br><br>      v. <br><br> WILBUR ROSS, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE, <br><br>             Defendants. | Case No. 19-cv-03809 <br><br> **NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT** <br><br> (Fed. R. Civ. P. 7-1) |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Oceana, Inc. states that they are a nonprofit organization that does not have a parent corporation and does not issue any stock.

Dated: 6/28/2019

/s/ Andrea A. Treece
Andrea A. Treece (State Bar No. 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA  94111
T: (415) 217-2000 / F: (415) 217-2040
Email: atreece@earthjustice.org

Stephen D. Mashuda (*Pro Hac Vice forthcoming*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

*Counsel for Plaintiff*