ANDREA A. TREECE (State Bar No. 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 / F: (415) 217-2040
Email: atreece@earthjustice.org

STEPHEN D. MASHUDA (*Pro Hac Vice forthcoming*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WILBUR ROSS, in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and NATIONAL MARINE FISHERIES SERVICE, <br><br> Defendants. | Case No. 19-cv-03809 <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> (Civ. L.R. 3-15) |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named party, there is no interest to report.

Dated: 6/28/2019

/s/ Andrea A. Treece
Andrea A. Treece (State Bar No. 237639)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
T: (415) 217-2000 / F: (415) 217-2040
Email: atreece@earthjustice.org

Stephen D. Mashuda (*Pro Hac Vice forthcoming*)
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA 98104
T: (206) 343-7340 / F: (206) 343-1526
Email: smashuda@earthjustice.org

*Counsel for Plaintiff*