UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC., <br> Plaintiff, <br> v. <br> WILBUR L. ROSS, et al., <br> Defendants. | Case No. 19-cv-03809-LHK (SVK) <br><br> **ORDER DENYING MOTION TO APPEAR TELEPHONICALLY AS MOOT** <br><br> Re: Dkt. No. 46 |

Based on this Court's January 31, 2020 order, Intervenor-Defendants' motion to appear telephonically is **DENIED AS MOOT.**

**SO ORDERED.**

Dated: January 31, 2020

SUSAN VAN KEULEN
United States Magistrate Judge