UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>WILBUR L. ROSS, et al.,<br><br>    Defendants. | Case No. 19-cv-03809-LHK (SVK)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 60 |

On April 2, 2020, Plaintiff Oceana, Inc. filed a motion to compel the Federal Defendants to produce ten documents (Dkt. 58-1, record nos. 104, 105, 106, 107, 108, 109, 110, 111, 112, 113) that were either omitted or redacted from the Second Supplemental Administrative Record. Dkt. 60. The Court held a scheduling conference call with the parties on April 9, 2020. Accordingly, the Court **ORDERS** as follows:

The Federal Defendants must submit their opposition to Oceana's motion by **April 23, 2020 at 12:00 p.m.** The Federal Defendants must also submit the ten documents to the Court at SVKCRD@cand.uscourts.gov by **April 23, 2020 at 12:00 p.m.** The Court requests the Federal Defendants to provide authority, if any, where the deliberative process privilege has been applied in the context of completing an Administrative Record. There will be no reply briefs. The hearing set for May 5, 2020 at 10:00 a.m. will remain on calendar.

**SO ORDERED.**

Dated: April 9, 2020

SUSAN VAN KEULEN
United States Magistrate Judge